IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION



| | |
|---|---|
| FONOVISA, INC.; BMG MUSIC; UMG RECORDINGS, INC.; INTERSCOPE RECORDS; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; and ELEKTRA ENTERTAINMENT GROUP INC.<br><br>Plaintiffs,<br><br>v.<br><br>LARRY ALVAREZ,<br><br>Defendant. | §§§§§§§§§§§§§§ CIVIL ACTION NO.<br><br>**1-06CV-011-C** |

### PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, complain of the Defendant, and would show:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4. Plaintiff Fonovisa, Inc. is a division of Univision Music LLC. Univision Music LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5. Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

6. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

7. Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

8. Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9. Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10. Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

12. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

13. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

14. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

15. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

16. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

17. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

18. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

19. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

For these reasons, Plaintiffs pray for judgment against Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,*

download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. Section 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief, either at law or in equity, general or special, to which they may be entitled.

DATED:    January 20, 2006           Respectfully submitted,

By: *(signature)*
Kristi Belt
Texas Bar No. 24026798
SHOOK, HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
E-mail Address: (kbelt@shb.com)

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

5

OF COUNSEL:

T. Lynne Eckels
Texas Bar No. 06397700
E-mail Address: (teckels@shb.com)
Marni Magowan Otjen
Texas Bar No. 24046568
E-mail Address: (motjen@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
Telephone: (713) 227-8008
Facsimile: (713) 227-9508

A

# EXHIBIT A

## LARRY ALVAREZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Fonovisa, Inc. | Bronco | Una Rosa Una Espina | 20 Exitos | 256-014 |
| BMG Music | Alabama | Dancin' Shaggin' on the Boulevard | Dancin' on the Boulevard | 233-935 |
| BMG Music | Alicia Keys | Troubles | Songs in A Minor | 299-410 |
| UMG Recordings, Inc. | George Strait | Heartland | Pure Country | 146-421 |
| Interscope Records | Enrique Iglesias | Bailamos | Enrique | 214-257 |
| Fonovisa, Inc. | Bronco | Dos Mujeres Un Camino | Oro 2000 | 259-010 |
| Arista Records LLC | Alan Jackson | Chattahoochee | Lot About Livin' (And a Little 'bout Love) | 147-716 |
| Arista Records LLC | Alan Jackson | Gone Country | Who I Am | 202-090 |
| BMG Music | Lonestar | Tell Her | Lonely Grill | 187-003 |
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Elektra Entertainment Group Inc. | Eagles | New Kid In Town | Hotel California | N38950 |

B

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| malva511@fileshare | Toby Kieth - How Do You Like Me Now.mp3 | Toby Keith | 2,422KB | Audio |
| malva511@fileshare | Tobey Kieth - I Wanna Talk About Me.mp3 | Toby Keith | 7,088KB | Audio |
| malva511@fileshare | Toby Kieth-American Soilder.wma | Toby Kieth | 6,207KB | Audio |
| malva511@fileshare | toby kieth - Whiskey Girl.wma | toby kieth | 3,770KB | Audio |
| malva511@fileshare | Toby Kieth - Beer For My Horses.mp3 | Toby Keith_Willie Nelson | 3,189KB | Audio |
| malva511@fileshare | Alan Jackson - She's Gone Country.mp3 | Alan Jackson | 4,049KB | Audio |
| malva511@fileshare | Alan Jackson - Chattahoochee.mp3 | Alan Jackson | 3,667KB | Audio |
| malva511@fileshare | Alan Jackson - Who's Cheating Who.mp3 | Alan Jackson | 3,772KB | Audio |
| malva511@fileshare | Alan Jackson_Jimmy Buffett - It's Five O'clock Somewhere... | Alan Jackson | 3,128KB | Audio |
| malva511@fileshare | Gore, Leslie - Its My Party.mp3 | Leslie Gore | 3,340KB | Audio |
| malva511@fileshare | Leslie Gore - My Boyfriend's Back.mp3 | Leslie Gore | 2,067KB | Audio |
| malva511@fileshare | Leslie Gore - Judy's Turn To Cry.mp3 | Lesley Gore | 2,761KB | Audio |
| malva511@fileshare | Brenda Lee - All Alone Am I.mp3 | Brenda Lee | 2,572KB | Audio |
| malva511@fileshare | Brenda Lee_Ricky Van Sheldon - Sweet Memories.mp3 | Brenda Lee_Ricky Van S... | 3,151KB | Audio |
| malva511@fileshare | Brenda Lee - I'm Sorry.mp3 | Patsy Cline | 2,490KB | Audio |
| 2 Users | Brenda Lee-The Stroll.mp3 | Brenda Lee | 2,355KB | Audio |
| malva511@fileshare | Alan Jackson - Don't Rock The Jukebox.mp3 | Alan Jackson | 2,674KB | Audio |
| malva511@fileshare | Brenda Lee - Break It To Me Gently.mp3 | Brenda Lee | 2,434KB | Audio |
| malva511@fileshare | Brenda Lee - Johnny One Time.mp3 | Brenda Lee | 3,048KB | Audio |
| malva511@fileshare | rick trevino - un momento alla.mp3 | Rick Trevino | 3,016KB | Audio |
| malva511@fileshare | Rick Trevino - Learning As You Go.mp3 | Rick Trevino | 3,274KB | Audio |
| malva511@fileshare | Youngbloods - Let's Get Together.mp3 | Youngbloods | 4,350KB | Audio |
| malva511@fileshare | Rick Trevino - I Only Get This Way With You.mp3 | Rick Trevino | 3,445KB | Audio |
| malva511@fileshare | Allan Jackson with Jimmy Buffet - Margaritaville (Live).mp3 | Allan Jackson with Jimmy... | 3,980KB | Audio |
| malva511@fileshare | Gene Pitney - Baby the Rain Must Fall.mp3 | Gene Pitney | 2,180KB | Audio |
| malva511@fileshare | Bellamy Brothers - Redneck Girl.mp3 | Bellamy Brothers | 3,122KB | Audio |
| malva511@fileshare | Bellamy Brothers - Let Your Love Flow.mp3 | The Bellamy Brothers | 3,106KB | Audio |
| malva511@fileshare | Old Country- Bellamy Brothers-The Closer You Get.mp3 | Alabama | 3,373KB | Audio |
| malva511@fileshare | Oldies - Sunshine, Lollipops Rainbows.mp3 | Leslie Gore | 1,536KB | Audio |

Found 577 files | 2,545,903 users online, sharing 1,202,918,665 files (35,377,152 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| malva511@fileshare | Oldies - Sunshine, Lollipops_Rainbows.mp3 | Leslie Gore | 1,536KB | Audio |
| 2 Users | 05_lil_scrappy_no_problem.wma | Lil Scrappy | 3,396KB | Audio |
| malva511@fileshare | Oldies - 50s-60s - Mash Potato.mp3 | Unknown | 2,358KB | Audio |
| malva511@fileshare | Usher - Burn.wma | Usher | 1,041KB | Audio |
| malva511@fileshare | Conway Twitty - You've Never Been This Far Before.mp3 | Conway Twitty | 2,808KB | Audio |
| malva511@fileshare | dean martin - that's amoire.mp3 | Dean Martin | 3,158KB | Audio |
| malva511@fileshare | sara evans - Suds In the Bucket.mp3 | Sara Evans | 3,618KB | Audio |
| malva511@fileshare | Alicia Keys - Troubles.mp3 | 3 | 4,202KB | Audio |
| malva511@fileshare | Faith Hill - Strawberry Wine.mp3 | Faith Hill | 2,778KB | Audio |
| malva511@fileshare | Franchise - White Tee(Girl Version).mp3 | Franchise | 4,212KB | Audio |
| malva511@fileshare | Lean Rymes - Crazy.mp3 | LeAnn Rimes | 4,056KB | Audio |
| malva511@fileshare | Lean Rimmes - Cant Fight...latino.MP3 | Leann Rimes | 5,077KB | Audio |
| malva511@fileshare | KC_Jojo - Just For Your Love.mp3 | K Ci and JoJo | 3,076KB | Audio |
| malva511@fileshare | d12 feat. eminem - my band (real) (1).wma | D-12 | 4,712KB | Audio |
| malva511@fileshare | Casey_the sunshine band-Please Don't Go.wma | K C and the Sunshine Band | 3,621KB | Audio |
| malva511@fileshare | Ana Barbara - La Trampa.mp3 | Ana Barbara | 3,048KB | Audio |
| malva511@fileshare | Flaco Jimenez - Texmex.mp3 | Flaco Jimenez | 1,771KB | Audio |
| malva511@fileshare | Flaco Jiminez - El Perdido.mp3 | Flaco Jimenez | 2,436KB | Audio |
| malva511@fileshare | 15 I Gotcha (Tex Mex 12 Mix) .mp3 | Jimmy Barnes | 3,597KB | Audio |
| malva511@fileshare | (Tejano) Intocable- Vivir Sin Ella.mp3 | Intocable | 2,908KB | Audio |
| malva511@fileshare | mario winans-i don't wanna know (1).mp3 | New Found Glory | 5,102KB | Audio |
| malva511@fileshare | Los marineros del norte - Amorcito norteno...mp3 | Los Rieleros Del Norte | 2,696KB | Audio |
| malva511@fileshare | NORTENO MIX.MP3 | Los Rieleros Del Norte | 2,965KB | Audio |
| malva511@fileshare | Los Rieleros Del Norte - Abrazado De Un Poste.mp3 | Los Rieleros Del Norte | 1,718KB | Audio |
| malva511@fileshare | los rieleros del norte - Cumbia de Relleros.mp3 | Los Rieleros del Norte | 1,958KB | Audio |
| malva511@fileshare | Shelly Lares- Soy Tu Amor.mp3 | Tejano Award Winners | 3,184KB | Audio |
| malva511@fileshare | Tejano- David lee garza- La ultima lagrima (9).mp3 | Shelly Lares | 2,824KB | Audio |
| malva511@fileshare | Shelly Lares - No me olvides.mp3 | shelly lares | 2,882KB | Audio |
| malva511@fileshare | SHELLY LARES--Mil Besos.mp3 | Shelly Lares | 3,280KB | Audio |

Found 577 files | 2,545,903 users online, sharing 1,202,918,665 files (35,377,152 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| malva511@fileshare | SHELLY LARES--Mil Besos.mp3 | Shelly Lares | 3,280KB | Audio |
| malva511@fileshare | shelly lares - Amame.mp3 | Shelly Lares | 3,270KB | Audio |
| malva511@fileshare | Sue Thompson - Norman .mp3 | Sue Thompson | 2,145KB | Audio |
| malva511@fileshare | Track 10.mp3 | Connie Francis | 2,204KB | Audio |
| malva511@fileshare | Frankie Avalon - Bobby Sox To Stockings.mp3 | Frankie Avalon | 2,506KB | Audio |
| malva511@fileshare | Sunny and The Sunliners - Talk to me.mp3 | Sunny And The Sunliners | 2,816KB | Audio |
| malva511@fileshare | New Christy Minstrels - This Land Is Your Land.mp3 | Dennis Buck | 2,124KB | Audio |
| malva511@fileshare | PATRIOTIC-BORN IN THE U.S.A.-BRUCE SPRINGTEEN.mp3 | Bruce Springsteen | 4,395KB | Audio |
| malva511@fileshare | Lee Greenwood - America the Beautiful.mp3 | Lee Greenwood | 1,891KB | Audio |
| malva511@fileshare | Mickey Gilley - Stand By Me - (Urban Cowboy).mp3 | Mickey Gilley | 4,736KB | Audio |
| malva511@fileshare | (08) Ludacris - Screwed Up (ft. Lil Flip).wma | Ludacris | 2,888KB | Audio |
| malva511@fileshare | Donna Fargo - The happiest girl in the whole USA.wav | Diana | 769KB | Audio |
| malva511@fileshare | Funny Face.mp3 | Fargo, Donna | 1,262KB | Audio |
| 2 Users | Faith Hill _Tim McGraw - What If I Said (1).mp3 | Faith Hill _Tim McGraw | 4,580KB | Audio |
| malva511@fileshare | Thalia - Baby I'm In Love.wma | Thalia | 2,314KB | Audio |
| malva511@fileshare | Take Another Piece of My Heart.mp3 | Faith Hill | 3,768KB | Audio |
| malva511@fileshare | Tina Turner-I Don't want a fight no more.mp3 | Tina Turner | 5,748KB | Audio |
| malva511@fileshare | yin yang twinz- naggin.mp3 | Ying Yang Twinz | 2,977KB | Audio |
| malva511@fileshare | Track06.mp3 | Wedding Songs | 2,249KB | Audio |
| malva511@fileshare | weding song.mp3 | Wedding Songs | 1,940KB | Audio |
| malva511@fileshare | Bette Midler - The Rose.mp3 | Bette Midler | 2,851KB | Audio |
| malva511@fileshare | Themes - Rocky.mp3 | Movie Themes | 2,370KB | Audio |
| malva511@fileshare | George Jones _Gene Pitney - Mocking Bird Hill.mp3 | George Jones | 2,200KB | Audio |
| malva511@fileshare | Merle Haggard - Okie - Drinking Songs.mp3 | Merle Haggard | 6,017KB | Audio |
| malva511@fileshare | Gene Pitney - A Groovy Kind Of Love..mp3 | Gene Pitney | 1,968KB | Audio |
| malva511@fileshare | George Jones - I Don't Need Your Rockin' Chair.mp3 | George Jones | 3,300KB | Audio |
| malva511@fileshare | Red Sovine - Roses For Mama.mp3 | Red Sovine | 3,382KB | Audio |
| malva511@fileshare | Red Sovine - Phantom 309.mp3 | Red Sovine | 3,265KB | Audio |
| malva511@fileshare | Marty Robbins - A White Sport Coat _A Pink Carnation.mp3 | Marty Robbins | 2,330KB | Audio |

2,545,903 users online, sharing 1,202,918,665 files (35,377,152 GB) | Not sharing any files

Found 577 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| malva511@fileshare | Marty Robbins - A White Sport Coat _A Pink Carnation.mp3 | Marty Robbins | 2,330KB | Audio |
| malva511@fileshare | Lil' Wayne Bring It Back -.mp3 | Lil' Wayne | 8,216KB | Audio |
| malva511@fileshare | Alicia Keys-You Dont Know My name.mp3 | Alicia Keys | 3,669KB | Audio |
| malva511@fileshare | Steve Holy - Good Morning Beautiful (1).mp3 | Steve Holy | 3,336KB | Audio |
| malva511@fileshare | knuck if buck ( chopped and screwed ) (1).wma | Crime Mob | 2,241KB | Audio |
| malva511@fileshare | Ricky Van Shelton  I'll Leave This World Loving You (1).MP3 | Ricky Van Shelton | 3,404KB | Audio |
| malva511@fileshare | Ricky Van Shelton - Borrowed Angel.mp3 | Ricky Van Shelton | 2,242KB | Audio |
| malva511@fileshare | Ricky Van Shelton - The Picture.mp3 | Ricky Van Shelton | 2,773KB | Audio |
| malva511@fileshare | Sunshine.mp3 | Lil Flip | 3,521KB | Audio |
| malva511@fileshare | 10 - You Really Got A Hold On Me.mp3 | Beatles | 2,858KB | Audio |
| 2 Users | Beetles - She Loves You.mp3 | Beatles | 1,925KB | Audio |
| 2 Users | Eagles - Take It Easy(72).mp3 | Eagles | 3,280KB | Audio |
| malva511@fileshare | Four Tops - What Becomes Of The Broken Hearted.mp3 | Four Tops | 3,522KB | Audio |
| malva511@fileshare | Jackson Five - ABC.mp3 | Jackson Five | 2,770KB | Audio |
| malva511@fileshare | Eddie Kendricks - Keep On Truckn'.mp3 | Eddie Kendricks | 3,333KB | Audio |
| malva511@fileshare | Lil Jon - Get On My Level.mp3 | Lil John_The East Side B... | 3,237KB | Audio |
| malva511@fileshare | IN MY LIFE juve the great JUVENILE-gsm.mp3 | juvenile | 4,065KB | Audio |
| malva511@fileshare | The Temptations - In the Still of the Night.mp3 | | 2,178KB | Audio |
| malva511@fileshare | Bellamy Brothers Freddy Fender - Vertical Expression.wma | A+ | 1,762KB | Audio |
| malva511@fileshare | Four Seasons - Can't Take My Eyes Off You.mp3 | Four Seasons | 2,553KB | Audio |
| malva511@fileshare | Four Tops - Still Water (Love).mp3 | Four Tops | 3,058KB | Audio |
| malva511@fileshare | (09) Martina McBride - In My Daughters Eyes.wma | Martina McBride | 1,922KB | Audio |
| malva511@fileshare | Martina McBride - How Far.wma | Martina McBride | 3,732KB | Audio |
| malva511@fileshare | Eagles - Dust In The Wind.mp3 | A | 3,769KB | Audio |
| malva511@fileshare | Eagles - Take It To The Limit.mp3 | Eagles | 4,484KB | Audio |
| malva511@fileshare | Eric Clapton - Layla (Original).mp3 | Eric Clapton | 5,801KB | Audio |
| malva511@fileshare | Lea Salonga - Reflection.mp3 | Lea Salonga | 2,254KB | Audio |
| malva511@fileshare | fleetwoodmac-umakelovingfun.mp3 | Fleetwood Mac | 3,305KB | Audio |
| malva511@fileshare | Aerosmith - I Dont Wanna Miss A Thing.mp3 | Aerosmith | 4,560KB | Audio |

2,545,903 users online, sharing 1,202,918,665 files (35,377,152 GB) | Not sharing any files

Found 577 files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| malva511@fileshare | Aerosmith - I Don't Wanna Miss A Thing.mp3 | Arrowsmith | 4,580kB | Audio |
| malva511@fileshare | bluemoon.kar | #1 | 30kB | Audio |
| malva511@fileshare | Mavericks - Blue Moon.mp3 | Mavericks | 3,776kB | Audio |
| malva511@fileshare | Southside.mp3 | Lloyd | 4,358kB | Audio |
| malva511@fileshare | Cliff Nobles_Co - The Horse.mp3 | z-(Cliff Nobles _Co) | 2,747kB | Audio |
| malva511@fileshare | Steve Holy - Just A Kiss.mp3 | Steve Holy | 3,701kB | Audio |
| malva511@fileshare | ronnie mcdowell - the king is gone.mp3 | ronnie mcdowell | 3,078kB | Audio |
| malva511@fileshare | Disturb - Down with the sickness.mp3 | Disturbed | 2,560kB | Audio |
| malva511@fileshare | Adam Sandlers - I_Ran_Over_The_Taco_Bell_Dog.mp3 | Adam Sandler | 1,084kB | Audio |
| malva511@fileshare | Adam Sandlers - Fart Doctor.mp3 | Adam Sandler | 4,466kB | Audio |
| malva511@fileshare | Comdey-Calls-UP5 Guys on Crack.mp3 | Crank Yankers (Touch To... | 2,470kB | Audio |
| malva511@fileshare | (20) R. Kelly - Happy People.wma | R. Kelly | 2,869kB | Audio |
| malva511@fileshare | 03 Track 3.wma | Mike Jones | 5,068kB | Audio |
| malva511@fileshare | R_kelly-you saved me(1).mp3 | R Kelly | 3,821kB | Audio |
| malva511@fileshare | alan-jackson-she's got the rhythm and i got the blues.mp3 | Alan Jackson | 2,256kB | Audio |
| malva511@fileshare | Alabama - She And I.mp3 | Alabama | 3,378kB | Audio |
| malva511@fileshare | I Didn't Ask and She Didn't Say 05.mp3 | Tim McGraw | 2,860kB | Audio |
| malva511@fileshare | When She Wakes Up (And Finds Me Gone).mp3 | Tim McGraw | 3,688kB | Audio |
| malva511@fileshare | Charley Pride - Does my ring.mp3 | Charlie Pride | 1,734kB | Audio |
| malva511@fileshare | Charlie Pride - Kaw Liga.mp3 | Charlie Pride | 2,973kB | Audio |
| malva511@fileshare | Crystal Chandelier.mp3 | Charlie Pride | 3,351kB | Audio |
| malva511@fileshare | Brain Mcnight - Back at One.mp3 | Brian McKnight | 4,866kB | Audio |
| malva511@fileshare | Spinners - I'll Be Around.mp3 | Spinners | 3,034kB | Audio |
| 2 Users | Everybody Plays the Fool.mp3 | The Spinners | 2,340kB | Audio |
| malva511@fileshare | ThenCameYou_Spinners.mp3 | Spinners | 4,167kB | Audio |
| malva511@fileshare | MICKEY GILLEY_CHARLIE MCCLAIN - PARADISE TONIGH... | Charly McClain | 2,760kB | Audio |
| malva511@fileshare | Enrique Inglesias - Hero.mp3 | Enrique Iglesias | 3,935kB | Audio |
| malva511@fileshare | Rocky - Theme.mp3 | Theme | 2,538kB | Audio |
| malva511@fileshare | Mike Jones n Roy Jones.mp3 | Mike Jones | 1,804kB | Audio |